# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D2024-0654
LT Case No. 2020-CF-033592-A

———————————————

CAMERON MICHAEL CRANDALL,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

———————————————

On appeal from the Circuit Court for Brevard County.
Steven C. Henderson, Judge.

Matthew J. Metz, Public Defender, and Edward J. Weiss, Assistant Public Defender, Daytona Beach, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Alyssa M. Williams, Assistant Attorney General, Daytona Beach, for Appellee.

November 15, 2024

PER CURIAM.

AFFIRMED. *See O'Malley v. State*, 378 So. 3d 672 (Fla. 5th DCA 2024); *Parks v. State*, 371 So. 3d 392, 393–94 (Fla. 1st DCA 2023) (holding that a cost imposed under section 938.27(8), Florida Statutes, is mandatory and recognizing conflict with *D.L.J. v.*

*State*, 331 So. 3d 227 (Fla. 2d DCA 2021)), *reh'g denied* (Sept. 27, 2023), *review granted*, SC2023-1355, 2024 WL 370043 (Fla. Jan. 31, 2024).

MAKAR, EISNAUGLE, and MACIVER, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————